COURT OF APPEALS OF VIRGINIA


Present:   Judges Humphreys, Powell and Senior Judge Clements


GELILA WOSSENE

                                                    MEMORANDUM OPINION[*]
v.        Record No. 2619-09-4                      PER CURIAM
                                                    APRIL 13, 2010
LANDMARK TOWER SERVICE CENTER, INC. AND
  AMERICAN HOME ASSURANCE COMPANY


             FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

             (Gelila Wossene, *pro se*, on briefs).

             (Jamie M. Keenan; Jordan Coyne & Savits, L.L.P., on brief), for
             appellees.


        Gelila Wossene appeals a decision of the Workers' Compensation Commission finding

that the deputy commissioner correctly determined that Wossene failed to establish a

compensible injury by accident arising out of and in the course of her employment.

        We have reviewed the record and the commission's opinion and find that this appeal is

without merit.  Accordingly, we affirm for the reasons stated by the commission in its final

opinion.  See Wossene v. Landmark Tower Service Center, Inc., VWC File No. 236-08-79 (Oct.

30, 2009).


---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.[1]

Affirmed.

---

[1] We deny appellant's motion filed on March 2, 2010, requesting leave to file a "late statement of questions presented and designation of contents of appendix."
We also deny the motion to dismiss filed by appellees on March 2, 2010.